# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| VS. | : CASE NUMBER: 4:08-CR-40-003 |
| TERRELL MAURICE MARS, | : |
| Defendant, | : |
| AND | : |
| WALMART ASSOCIATES, INC., | : |
| Garnishee. | : |

## FINAL ORDER IN GARNISHMENT

Pending before the Court is Plaintiff's motion for entry of a Final Order in Garnishment in this matter pursuant to 28 U.S.C. § 3205(c)(7). The Court finds that the Defendant herein was duly and timely served with the Writ of Continuing Garnishment and notified of his right to a hearing, as is provided by law. The Court further finds that said Defendant owes the amount shown in the Application of Continuing Garnishment and has not requested a hearing in this garnishment proceeding. The Court further finds that Garnishee, Walmart Associates, Inc., is in possession of non-exempt funds owed to Defendant, Terrell Maurice Mars.

THEREFORE, it is ORDERED, ADJUDGED AND DECREED that Garnishee, Walmart Associates, Inc., and its affiliates, successors, or assigns, is hereby ordered to pay to the United States the property it has in its possession, custody, or control, including property coming into the Garnishee's possession from the date the Garnishee was served, up to the amount of the debt owed

in this case. Garnishee is further ordered to pay to the United States at least monthly the lesser of:

1. Twenty-Five (25%) of Terrell Maurice Mars' disposable earnings, or

2. All amounts of Terrell Maurice Mars' disposable earnings in excess of thirty times the federal minimum hourly wage. *See* 15 U.S.C. § 1673(a). To calculate disposable earnings, Garnishee may only subtract the following from the wages, commission, and income:

1. Federal Income Tax;

2. Federal Social Security Tax;

3. State Adjusted Income Tax (if applicable);

4. Medicare Withholding.

Garnishee may not include deductions for health insurance, dental insurance, vision insurance, 401(k) or other types of voluntary deductions in determining disposable earnings.

These payments are to continue until the unpaid balance is fully paid and satisfied or until the liability to pay expires. *See* 18 U.S.C. § 3613. All payments bear the Defendant's name, Terrell Maurice Mars, and Court Number 4:08-CR-40-003. Payments shall be made payable to the United States District Court and mailed to the Clerk of United States District Court, P.O. Box 128, Macon, GA, 31202-0128.

SO ORDERED, this 7th day of April, 2025.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA